UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

v.

D-1    LEE JAMES MOUAT,

    Defendant.
_____/

Case:2:21-cr-20102
Judge: Murphy, Stephen J.
MJ: Whalen, R. Steven
Filed: 02-10-2021 At 03:04 PM
INDI USA V LEE JAMES MOUAT (LG)

Violations:18 U.S.C. § 249

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 249 - Hate Crime

On or about June 6, 2020, in the Eastern District of Michigan, defendant LEE JAMES MOUAT willfully caused bodily injury to D.F., and attempted to cause bodily injury to D.F. through the use of a dangerous weapon (a bike lock), because of D.F.'s actual and perceived race and color.

All in violation of Title 18, United States Code, Section 249.

## COUNT TWO
## 18 U.S.C. § 249 - Hate Crime

On or about June 6, 2020, in the Eastern District of Michigan, defendant LEE JAMES MOUAT attempted to cause bodily injury to T.G. through the use of a dangerous weapon (a bike lock), because of T.G.'s actual and perceived race and color.

All in violation of Title 18, United States Code, Section 249.

THIS IS A TRUE BILL.

/s/ *Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

GREGORY B. FRIEL
Deputy Assistant Attorney General
Civil Rights Division

DAVID A. GARDEY
Chief, Public Corruption Unit

TARA ALLISON
Trial Attorney

/s/*Frances Lee Carlson*
FRANCES LEE CARLSON
Assistant United States Attorney

Dated: February 10, 2021

2

| United States District Court<br>Eastern District of Michigan | Criminal Case Cove | Case:2:21-cr-20102<br>Judge: Murphy, Stephen J.<br>MJ: Whalen, R. Steven |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accura

Filed: 02-10-2021 At 03:04 PM
INDI USA V LEE JAMES MOUAT (LG)

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | AUSA's Initials: _FC_ |

**Case Title:** USA v. Lee James Mouat

**County where offense occurred:** Monroe

**Offense Type:** Felony

Indictment -- based upon prior complaint [**Case number:** 20-mj-30425]

### Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

February 10, 2021
Date

_Frances Lee Carlson_
Frances Lee Carlson
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
frances.carlson@usdoj.gov
(313) 226-9696
Bar #: P62624

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.